AO91 (Rev. 12/03) Criminal Complaint AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
**vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:12-po-01495

Alejandro VIVEROS-Zavala
IAE A077 798 200
Mexico 1971

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 10, 2012** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,
**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**
I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:
**Alejandro VIVEROS-Zavala was encountered by Border Patrol Agents near Hidalgo, Texas on February 10, 2012. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on February 10, 2012, by wading across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/ Copp, Brandon Border Patrol Agent
Signature of Complainant

Copp, Brandon Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 11, 2012 at McAllen, Texas
Date City/State

Peter E Ormsby U.S. Magistrate Judge
Name of Judge Title of Judge

Signature of Judge